IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCELL DAVIS | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 25-cv-09846 |
| CITY OF CHICAGO, ET AL. , | ) ) ) ) | District Judge Honorable Franklin U. Valderrama |
| Defendants. | ) ) ) ) | Jury Demanded |

**STATUS REPORT**

Plaintiff, by and through their undersigned counsel hereby submits this status report per the Courts order on August 24, 2025, and states as follows:

1. As of October 15, 2025 all Defendants have been served in this case. However, no appearance has been filed on behalf of the Defendants in this case as of the date of the status report.

Respectfully submitted,

/s/ Shay T. Allen

Shay T. Allen
314 N. Loomis, Suite G2
Chicago, IL 60607
Tel: 708.960.0113
Attorney No. 6285625
Email: sallen@attorneyshaytallen.com