**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARCELL DAVIS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-09846 |
| | ) | |
| v. | ) | Hon. Franklin U. Valderrama |
| | ) | |
| CHICAGO et al., | ) | Hon. Maria Valdez |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The Parties, by and through their undersigned attorneys, submit the following Joint Status Report pursuant to this Court's December 09, 2025 Order [Doc. 11]:

**1. Status on Discovery:**

The Parties have exchanged their Rule 26(a)(1) disclosures. Plaintiff has issued their written discovery on March 06, 2026. Defendants anticipate issuing their written discovery by March 10, 2026.

**2. Settlement**

The parties anticipate settlement discussions to start once each side has had an opportunity to review the discovery in this case.

Jointly respectfully submitted,

*/s/ Michael J. Schalka*
*One of the attorneys for the City of Chicago, Officer Hartwig, and Officer Ceja*

Michael J. Schalka
Thomas More Leinenweber
Leinenweber Baroni & Daffada, LLC

1

120 N LaSalle St., Suite 2000
Chicago, IL 60602
Tel: 224.408.8949
Email: mjs@ilesq.com


*/s/ Shay T Allen*
*Attorney for Plaintiff*

SHAY T ALLEN
S.T. Allen Law, P.C.
314 N Loomis St., Suite G2
Chicago, Illinois 60607
708.960.0113 (Phone)
sallen@attorneyshaytallen.com

2