**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCELL DAVIS, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 25 CV 09846 |
| | ) | |
| *v.* | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO TAKE
THE DEPOSITION OF AN INCARCERATED PERSON**

Defendants CITY OF CHICAGO, ANTHONY CEJA, and KEVIN HARTWIG, (each and collectively, "Defendant") by and through their attorneys, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), respectfully moves this Court for leave to take the deposition of Plaintiff Marcell Davis ("Plaintiff"), an individual in the custody of the Cook County Sheriff's Office. In support hereof, Defendant states:

1.      This is a civil action arising from allegations that Plaintiff's Fourth Amendment rights were violated.

2.      Plaintiff is presently incarcerated at Cook County Department of Corrections Division 8 RTU located at 2700 S California Ave, Chicago, IL 60608.

3.      The proposed deposition is relevant and proportional to the needs of the case because Plaintiff has firsthand knowledge of material facts of the incident giving rise to his complaint.

4.      The deposition will comply with all applicable rules and procedures of the Cook County Sheriff's Office.

1

5.      Counsel for Defendants conferred with Plaintiff's counsel on June 10 regarding this motion. Plaintiff does not oppose this motion.

WHEREFOR, for the foregoing reasons, Defendant respectfully requests that this Court enter an Order granting leave to take the deposition of Steven McKinnie.

Dated: June 10, 2026,                                    Respectfully Submitted,

*One of the Attorneys for Defendants*

/s/ Michael J. Schalka

Michael J. Schalka
Thomas More Leinenweber
John R. Stortz
Leinenweber Daffada & Sansonetti, LLC
120 North LaSalle Street
Suite 2000
Chicago, IL 60602
(312) 606-8705
mjs@ilesq.com

2