**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCELL DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25-CV-09846 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, KEVIN HARTWIG, | ) | Magistrate Judge Maria Valdez |
| ANTHONY CEJA, AND DENNY | ) | |
| SANCHEZ, In their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Defendants City of Chicago, Anthony Ceja, Kevin Hartwig, and Denny Sanchez motion

for leave to depose an incarcerated individual [32] is granted. Plaintiff has leave to depose, in

person, the following individual at the following location and at the proposed date and time:

Mr. Marcell Davis (Register # 20260414001)
Division 8 RTU 2700 S. California Avenue, Chicago, IL 60608
on _____ at 10:00 am

Pursuant to FRCP Rule 30(d)(1), the deposition may take up to seven hours. It will be

recorded by videography and stenography, and both the court reporter and the videographer are

granted leave to appear at the deposition in person.

The following attorneys are granted leave to appear at the deposition in person:

• Shay Allen, ARDC # (attorney for Plaintiff)

• Joshua Martin, ARDC # (attorney for Plaintiff)

• Thomas Lienenweber, ARDC #6209086 (attorney for Defendants City of Chicago,

Anthony Ceja, Kevin Hartwig, and Denny Sanchez)

1

- Michael Schalka , ARDC #6327904 (attorney for Defendants City of Chicago, Anthony Ceja, Kevin Hartwig, and Denny Sanchez)

For the purposes of facilitating this deposition, the attorneys may bring paper copies of exhibits to present to the deponent.

**SO ORDERED.**

**ENTERED:**

**DATE:** __July 1, 2026_____

_____
**HON. MARIA VALDEZ**
**United States Magistrate Judge**

2